IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:22mj00010 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ELLIOTT ATWELL, | ) | By:   Joel C. Hoppe |
| Defendant. | ) | United States Magistrate Judge |

Before the Court is Defendant's "Motion for Modification of Terms of [Probation]" ("Motion"). ECF No. 4. The Government has not responded to the Motion, and the Probation Office does not oppose the requested modifications.

In a Judgment Order entered on August 6, 2021, the Defendant was placed on probation for a term of five years. ECF No. 1-2. Defendant requests the Court to remove two conditions of his probation—Computer Monitoring and Mental Health Treatment, and he supports his request with a letter from his treating psychiatrist. ECF No. 4-2.

"The court may modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation." 18 U.S.C. § 3563(c).

Having considered Defendant's arguments and supporting exhibits and the position of the Probation Office, the Court hereby GRANTS the Motion. Defendant's conditions of probation are MODIFIED to remove the conditions requiring Computer Monitoring and Mental Health Treatment.

It is so ORDERED.

ENTER: May 4, 2023

Joel C. Hoppe
United States Magistrate Judge